No. 76–1209. GENERAL MOTORS CORP. *v.* STEWART ET AL. C. A. 7th Cir. Certiorari denied.